David W. Kesselman (SBN 203838)
*dkesselman@kbslaw.com*
Amy T. Brantly (SBN 210893)
*abrantly@kbslaw.com*
Trevor V. Stockinger (SBN 226359)
*tstockinger@kbslaw.com*
Koral E. Fusselman (SBN 287744)
*kfusselman@kbslaw.com*
KESSELMAN BRANTLY STOCKINGER LLP
11400 W. Olympic Blvd., Suite 400
Los Angeles, CA 90064
Telephone: (310) 307-4555
Facsimile: (310) 307-4570

*Attorneys for Plaintiff*
**THE AMERICAN INSTITUTE OF INTRADERMAL COSMETICS, INC., dba PREMIER PRODUCTS and PREMIER PIGMENTS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN INSTITUTE OF INTRADERMAL COSMETICS, INC., dba PREMIER PRODUCTS and PREMIER PIGMENTS,<br><br>         Plaintiff,<br>    v.<br><br>THE SOCIETY OF PERMANENT COSMETIC PROFESSIONALS, et al.,<br><br>         Defendants. | CASE NO. 2:12-CV-06887 GAF (JCx)<br><br>*Assigned to the Honorable Gary A. Feess, Courtroom 740 (Roybal)*<br><br>**ORDER RE: STIPULATION TO SHORTEN TIME FOR APPROVAL OF JOINT STIPULATION TO STAY DEPOSITIONS AND MODIFY SCHEDULING ORDER**<br><br>Complaint filed: August 9, 2012<br>Trial Date: February 17, 2015 |

1  After consideration of the Parties' Stipulation to Shorten Time for
2  Approval of Joint Stipulation to Stay Depositions and Modify Scheduling
3  Order (the "Stipulation to Shorten Time");
4  THE COURT, having reviewed and considered the Stipulation to
5  Shorten Time, and good cause appearing therefore,
6  **IT IS HEREBY ORDERED** that the Parties' Stipulation to Shorten
7  Time is **GRANTED**.

10  DATED: November 4, 2014  _____
11  Honorable Gary A. Feess
   United States District Court Judge